UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Henry Lam, | : | Civil No. 10-3894 (JLL) |
| Plaintiff, | : | |
| v. | : | **O R D E R** |
| Comprehensive Health Management, | : | |
| Defendant. | : | |

Plaintiff pro se, Henry Lam, seeks to bring this action in forma pauperis pursuant to 28 U.S.C. § 1915. Based on his affidavit of indigence, the Court finds that Plaintiff qualifies for in forma pauperis status pursuant to 28 U.S.C. § 1915.

Accordingly, it is on this 18th day of March, 2011,

**ORDERED** that Plaintiff's application to proceed in forma pauperis is hereby granted; and it is further

**ORDERED** that the Clerk shall file the Complaint without prepayment of the filing fee

*/s/ José L. Linares*
José L. Linares, U.S.D.J.